**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | **NO. 05-563** |
| | : | |
| JUAN COLON | : | |

| | | |
|---|---|---|
| JUAN COLON | : | |
| | : | **CIVIL ACTION** |
| v. | : | **NO. 16-3435** |
| | : | |
| UNITED STATES OF AMERICA | : | |

**ORDER**

This 6th day of September, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. §2255 (No. 05-563, ECF 189) is **DENIED**. There is no basis on which to issue a certificate of appealability.

The Clerk is further requested to mark Civil Docket No. 16-3425 as **CLOSED**.

/s/ Gerald Austin McHugh
United States District Judge